O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEONTA WALKER,<br><br>            Plaintiff,<br><br>            v.<br><br>COUNTY OF SAN BERNARDINO,<br><br>            Defendant.<br>_____ | Case No. CV 14-750-PA (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed objections to the Report and Recommendation. The Court accepts the findings and recommendation of the Magistrate Judge.

     IT IS THEREFORE ORDERED that Judgment be entered dismissing Plaintiff's claims with prejudice.

DATED:  December 24, 2014  _____
                                             HONORABLE PERCY ANDERSON
                                             UNITED STATES DISTRICT JUDGE