JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEONTA WALKER, | ) | Case No. CV 14-750-PA (KK) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| COUNTY OF SAN BERNARDINO, | ) | |
| Defendant. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that Plaintiff's claims are dismissed with prejudice.

Dated: December 24, 2014

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE